476 A.2d 85

Commonwealth v. Dancy, Appellant.

Submitted November 7, 1983. Scott A. Evans, Assistant Public Defender, for appellant; Katherene E. Holtzinger, Deputy District Attorney, for Commonwealth, appellee.

Before McEWEN, JOHNSON and POPOVICH, JJ.

The judgment of sentence of the learned Dauphin County Common Pleas Court Judge Warren G. Morgan is affirmed.